# Exhibit A

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:  ALVAR RUSSELL AMDAL and ROSALEEN BROWN AMDAL

vs.

TOPSTAR TECHNOLOGY, LLC and AMAZON.COM

Court: __34th JDC__  Docket Number: __22-1198__

Parish of Filing: __St. Bernard__  Filing Date: __9/28/22__

Name of Lead Petitioner's Attorney: __Lawrence J. Centola, III__

Name of Self-Represented Litigant: _____

Number of named petitioners: __Two (2)__    Number of named defendants: __Two (2)__

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [ ] Auto: Personal Injury
- [ ] Auto: Property Damage
- [ ] Auto: Wrongful Death
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Property Damage
- [ ] Asbestos: Personal Injury/Death
- [x] Product Liability
- [ ] Premise Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Property Damage
- [ ] Intentional Wrongful Death
- [ ] Unfair Business Practice
- [ ] Business Tort
- [ ] Fraud
- [ ] Defamation
- [ ] Professional Negligence
- [ ] Environmental Tort
- [ ] Medical Malpractice
- [ ] Intellectual Property
- [ ] Toxic Tort
- [ ] Legal Malpractice
- [ ] Other Tort (describe below)
- [ ] Other Professional Malpractice
- [x] Redhibition
- [ ] Maritime
- [ ] Class action (nature of case)
- [ ] Wrongful Death
- [ ] General Negligence

**FILED** SEP 28 2022
CLERK OF COURT
ST. BERNARD PARISH

Please briefly describe the nature of the litigation in one sentence of additional detail:

Defective battery charger cord fire / redhibition

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name __Lawrence J. Centola, III (27402)__   Signature _____

Address  MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, LA 70130

Phone number: __504-581-9065__    E-mail address: __ljc@mbfirm.com__

**34th DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

No. 22 - 1198                                                                 DIVISION

**ALVAR RUSSELL AMDAL and ROSALEEN BROWN AMDAL**

-VERSUS-

**TOPSTAR TECHNOLOGY, LLC and AMAZON.COM**

FILED: SEP 28 2022                                                 *Randy S. Nunez*
@ 3:33 pm                                                              DEPUTY CLERK

**PETITION FOR DAMAGES**

Plaintiffs, Alvar Russell Amdal and Rosaleen Brown Amdal, by and though undersigned counsel, file this Petition for Damages, as follows:

**INTRODUCTION**

1.

This action arises out of a defective INIU portable charger that caught fire and caused damage to the plaintiffs.

2.

The defective INIU portable charger was sold by the defendants to the plaintiffs.

3.

Plaintiffs have incurred property damages from fire and suffered the death of their pets.

4.

Defendants are liable in tort under La Civil Code article 2315, products liability, and for redhibition.

**JURISDICTION AND VENUE**

5.

The Amdal home is located at 1905 Benjamin Street, Arabi, Louisiana, 70032.

**PARTIES**

6.

A.    Made Plaintiffs herein are the following:

1

   1.)  Plaintiffs Alvar Russell Amdal and Rosaleen Brown Amdal are owners and residents of the home located at 1905 Benjamin Street, Arabi, Louisiana, 70032 ("Amdal Home").

B.  Made Defendants herein are the following:

   1.)  Defendant AMAZON.COM is a foreign corporation with its principal place of business in Seattle, Washington, and is authorized to do and is doing business in Louisiana.

   2.)  Defendant TOPSTAR TECHNOLOGY, LLC is a foreign corporation with its principal place of business in Santa Clara, California, and doing business in Louisiana.

## FACTS

7.

Plaintiff, Rosaleen Brown Amdal, purchased an INIU Portable Charger, USB C Slimmest & Lightest Triple 3A High-Speed 10000mAh Power Bank, Flashlight Battery Pack ("INIU portable charger") from defendants on or about August 21, 2021.

8.

On October 4, 2021, the Amdal Home caught fire.

9.

The October 4, 2021 fire to the Amdal home was caused by the INIU portable charger.

10.

The October 4, 2021 fire to the Amdal home caused property damage to the Amdal home and killed the Amdal's pets.

11.

Upon information and belief, the INIU portable charger was defective as it caused a fire in the Amdal home, making Defendants liable under La Civil Code article 2315, products liability, and for redhibition.

12.

Upon information and belief, the Defendants knew or should have known of the defects of the INIU portable charger, and thus Defendants are bad-faith sellers under La. C.C. art. 2545.

13.

Defendants' actions also resulted in substantial diminution in the value of Plaintiff's hom

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays, and demand judgment against the Defendants as follows:

a. That process issue according to law;

b. That Defendants be served with a copy of Plaintiff's Petition and show cause why the prayers for relief requested by Plaintiff's herein should not be granted;

c. That the Court enter a judgment against Defendants for all damages allowable to Plaintiff's;

d. That the Court enter a judgment against Defendants for penalties and attorney fees;

e. That the costs of this action be cast upon Defendants;

f. That the Court grant Plaintiff such further relief which the Court deems just and appropriate;

g. Pre-Judgment Interest and Costs; and

h. All other remedies in equity and law.

Respectfully submitted,

**MARTZELL, BICKFORD & CENTOLA**

_____
LAWRENCE J. CENTOLA, III (#27402)
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

**A TRUE COPY**
**Randy S. Nunez**
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK
/s/ Kristen Vincent

3

**PLEASE SERVE WITH A COPY OF THE ORIGINAL PETITION:**

AMAZON.COM
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
501 Louisiana Avenue
Baton Rouge, LA 70802

Topstar Technology LLC
through the Louisiana long arm statute
2111 Rockhurst Ct.
Santa Clara, California 95051

4

# CITATION

ALVAR RUSSELL AMDAL AND
ROSALEEM BROWN AMDAL

VS

TOPSTAR TECHNOLOGY, LLC AND
AMAZON. COM



Case#22-1198

Division: **"B"**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

---

*TO:* **TOPSTAR TECHNOLOGY LLC (THROUGH THE LOUISIANA LONG ARM STATUTE)**
**2111 ROCKHURST CT.**
**SANTA CLARA, CALIFORNIA 95051**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES.** The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR THIRTY (30) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within THIRTY (30) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 29TH day of SEPTEMBER 2022.

BMC/*PLAINTIFF*

Randy S. Nunez
Clerk of Court
Parish of St. Bernard

By: /S/ Bonnie Casanova
Deputy Clerk

www.stbclerk.com

---

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
                   Returned Parish of St. Bernard_____, _____.

                                          Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                   Returned Parish of St. Bernard _____, _____.

                                          Sheriff

# CITATION

ALVAR RUSSELL AMDAL AND
ROSALEEM BROWN AMDAL

VS

TOPSTAR TECHNOLOGY, LLC AND
AMAZON. COM



Case#22-1198

Division: *"B"*

*34th Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

*TO:* **AMAZON.COM**
**THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES.** The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR TWENTY ONE (21) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within TWENTY ONE (21) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 29TH day of SEPTEMBER 2022.

BMC/*PLAINTIFF*

                                                Randy S. Nunez
                                                Clerk of Court
                                                Parish of St. Bernard

                                                /S/ Bonnie Casanova
                                  By:_____
                                                 Deputy Clerk

www.stbclerk.com

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                     Returned Parish of St. Bernard_____, _____.

                                              Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ on
_____ on _____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                     Returned Parish of St. Bernard_____, _____.

                                              Sheriff

# CITATION

*ALVAR RUSSELL AMDAL AND*
*ROSALEEM BROWN AMDAL*

VS

TOPSTAR TECHNOLOGY, LLC AND
AMAZON. COM


FILED
OCT 24 2022
DEPUTY CLERK OF COURT
ST. BERNARD PARISH

Case#22-1198

Division: *"B"*

*34th Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

---

TO: AMAZON.COM
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES.** The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR TWENTY ONE (21) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within TWENTY ONE (21) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 29TH day of SEPTEMBER 2022.

BMC/*PLAINTIFF*

Randy S. Nunez
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk

www.stbclerk.com

---

DOMICILIARY
Received Parish of St. Bernard on the ___ day of _____ and on the ___ day of _____ ved a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard

Sheriff

PERSONAL
Received Parish of St. Bernard on the 13 day of October, 2022 and on the 13 day of October, 2022 served a copy of the within 501 Louisiana Ave on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard October 13, 2022
Dy. J. Ealy #1702
Sheriff

Served: Sarah Khalid

RECEIVED
OCT 17 2022
E.B.R. SHERIFF'S OFFICE

Sid J. Gautreaux
Sheriff East Baton Rouge Parish



OCT 24 2022

DEPUTY CLERK OF COURT
ST. BERNARD PARISH

Clerk of Court St. Bernard Parish
P.O. Box 1746

Chalmette, LA 70044

**DISTRICT COURT**
For the Parish of East Baton Rouge
10/12/2022

| Case: (44) 221198 1,791,935 | | ALVAR RUSSELL AMDAL AND ROSALEEM BROWN AMDAL vs TOPSTAR TECHNOLOGY LLC AND AMAZON.COM | |
|---|---|---|---|
| Nbr | Date | Service Type | Charges |
| 1 | 10/12/2022 | Citation ; 1 CORP SERVICES; BATON ROUGE, LA 70802 | $30.00 |
| 1 | 10/12/2022 | Mileage Charge | $3.12 |
| | | Case Total: | $33.12 |
| | | **Total:** | **$33.12** |

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK