# Exhibit B





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

BA20220858384

**For Office Use Only**

**-FILED-**

File No.: BA20220858384
Date Filed: 9/18/2022

| Entity Details | |
|---|---|
| Limited Liability Company Name | TOPSTAR TECHNOLOGY, LLC |
| Entity No. | 201629510066 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 2111 ROCKHURST CT<br>SANTA CLARA, CA 95051 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 2111 ROCKHURST CT<br>SANTA CLARA, CA 95051 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 2111 ROCKHURST CT<br>SANTA CLARA, CA 95051 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| ☒ Jingrong Zheng | 2111 ROCKHURST CT<br>SANTA CLARA, CA 95051 |
| ☒ Shuo Wang | 2111 ROCKHURST CT<br>SANTA CLARA, CA 95051 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | LEGALZOOM.COM, INC.<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | E-COMMERCE |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Jennifer*
Signature

*09/18/2022*
Date

B1107-6492 09/18/2022 7:17 PM Received by California Secretary of State