# Exhibit C

# St. Bernard Parish Recording Page

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
CRESCENT TITLE llc
7835 MAPLE STREET
NEW ORLEANS, LA 70118

### First VENDOR
LAGRAIZE BUILDERS LLC

### First VENDEE
AMDAL, ROSALEEN BROWN

| | |
|---|---|
| **Index Type :** CONVEYANCE | **File Number :** 637429 |
| **Type of Document :** CASH SALE | |
| | **Book :** 1204   **Page :** 376 |
| **Recording Pages :** 5 | |
| **Description :** | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 12/28/2020

At (Recorded Time) : 1:10:11PM

Doc ID - 008125270005

**Return To :**
CRESCENT TITLE llc
7835 MAPLE STREET
NEW ORLEANS, LA 70118

Do not Detach this Recording Page from Original Document

Crescent Title, LLC
7835 Maple Street
New Orleans, LA 70118
File No.: 205064

**CASH SALE**

Sale of Property

by:

LaGraize Builders, LLC

to:

Rosaleen Brown Amdal wife of/and
Alvar Russell Amdal

*United States of America*
*State of Louisiana*
*Parish of Saint Bernard*

*BE IT KNOWN* That on this 18th day of December, 2020

*BEFORE ME,* ___Robert J. Bergeron___
a notary public, duly commissioned and qualified, in and for the Parish of Orleans and in the presence of the witnesses hereinafter named and undersigned.

*Personally Came and Appeared,*

**LaGraize Builders, LLC (Tax ID# XX-XXX3850)** a Louisiana Limited Liability Company organized and existing under the Laws of the State of Louisiana, pursuant to Articles of Organization registered with the Secretary of State, represented herein by Kayne M. Lagraize, Member, pursuant to an Authorization, an original of which is annexed hereto and made a part hereof.

**MAILING ADDRESS: 250 Friscoville Avenue, Arabi, LA 70032**

Who declare that they do by these presents, grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto,

**Rosaleen Brown Amdal (SS# XXX-XX-7805) wife of/and Alvar Russell Amdal (SS# XXX-XX-4036)** both persons of the full age of majority and domiciled in the Parish of Saint Bernard, State of Louisiana who declared before me, Notary, that they have been married but once and then to each other and that they are presently living and residing together.

**MAILING ADDRESS: 1905 Benjamin Street, Arabi, LA 70032**

here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

*"Description of Property"*

THAT PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part thereof known as St. Claude Heights Subdivision, as shown on plan of H. E. Sutch, Surveyor,

dated May 5, 1950, last revised and correct on May 11, 1953, on file and of record in the Parish of St. Bernard, according to which said portion of ground is designated and measures as follows:

Lot No. 30 of Block "V", bounded by Benjamin, Center, Rose and Sidney Streets. Said Lot No. 30 measures 49 feet front on Benjamin Street, same in width in the rear, by a depth of 100 feet between equal and parallel lines, all as more fully shown on survey of H.E. Sutch, Surveyor.

The improvements bearing the municipal address of: 1905 Benjamin St, Arabi, LA 70032

Being the same property acquired by LaGraize Builders, LLC by virtue of Act of Cash Sale from St. Bernard Parish dated February 5, 2019 and registered in Book 1174, Page 401 as File Number 621962, St. Bernard Parish, Louisiana.

**PURCHASER(S)** herein declared that all future notices of ad valorem tax bills and special assessments for the above described property presently for the tax year of 2021 bearing Tax Assessment No. 201400V00030 are to be forwarded to:

Rosaleen Brown Amdal and Alvar Russell Amdal
1905 Benjamin Street, Arabi, LA 70032

**THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1. Any and all restrictions, overlaps, overhangs, servitudes and/or easements, rights of ways and outstanding rights of record which might be shown on a current survey of the property.

2. Mineral reservation with waiver of surface rights and restrictions and covenants contained in sales registered at COB 1174/401, Entry No. 621962 and COB 1078/280 Entry No. 575456

3. Restrictions in act registered at COB 53/350

THE PARTIES HERETO TAKE COGNIZANCE THAT NO SURVEY ON THE HEREIN DESCRIBED PROPERTY IN CONNECTION WITH THE ACT OF SALE HAS BEEN MADE NOR HAS ONE BEEN PRODUCED OR ATTACHED AND THE PARTIES DO HEREBY RELIEVE AND RELEASE ME, NOTARY, FROM ANY AND ALL LIABILITY, RESPONSIBILITY OR DAMAGE INCLUDING COURT COSTS AND ATTORNEYS FEES IN CONNECTION THEREWITH.

The parties to this act take cognizance of the fact that no mortgage, conveyance, paving, sewerage and water lien ordinance research or tax sale certificates in connection with this Act of Sale have been made, nor were produced or attached and the parties do hereby relieve and release me, Notary, for any and all liability, responsibility or damage, including court costs and attorney's fees in connection herewith.

To have and to hold the above described property unto the said purchaser(s) themselves, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of Three Hundred Nine Thousand And No/100 Dollars ($309,000.00) which the said purchaser(s) have well and truly paid, in ready and current money to the said vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefore.

All State and City taxes up to and including the taxes due and exigible for the current tax year are paid as per a research of the tax rolls for the year 2020. The 2020 taxes have been prorated to the date of this act of sale. Payment for all future taxes is assumed by purchaser herein.

By reference to the research of the Registrar of Conveyances and Recorder of Mortgages in and for the Parish of Orleans, it does not appear that said property has been heretofore alienated by the Vendor.

# UNANIMOUS WRITTEN CONSENT
## OF THE MEMBERS
### LaGraize Builders, LLC

The undersigned, being the sole Member(s) of LaGraize Builders, LLC, a Louisiana Limited Liability Company (the "Company"), do hereby vote for, consent to, authorize and adopt the following actions:

WHEREAS, Kayne M. Lagraize is the sole Member(s) of LaGraize Builders, LLC and as such, have full power and authority to act in the name of and on behalf of the Company;

WHEREAS, the Company desires to authorize the sale of the property located at 1905 Benjamin Street, Arabi, LA 70032.

WHEREAS, the Company desires to authorize Kayne M. Lagraize to execute all documents in connection with sale of property including, but not limited to, any settlement statement, closing disclosure, act of sale and/or any other documents as necessarily required to effectuate the purpose of this Authorization having such terms and conditions as he may deem appropriate in his sole discretion; and

NOW THEREFORE, BE IT RESOLVED, AGREED AND CONSENTED, by the LaGraize Builders, LLC, that:

### Section 1. Authorization for Sale
The sale of the property located at 1905 Benjamin Street, Arabi, LA 70032 by LaGraize Builders, LLC is hereby authorized and approved;

### Section 2. Authorized Agent
Kayne M. Lagraize, Member, is hereby authorized to transact all business on behalf of LaGraize Builders, LLC, with respect to the above described sale of property, and to execute any and all documents in connection with said sale of property including, but not limited to, any settlement statement, closing disclosure, act of sale and/or any other documents as necessarily required to effectuate the purpose of this Authorization having such terms and conditions as he may deem appropriate in his sole discretion.

### Section 3. Certification
The undersigned confirms and warrants the accuracy of the above information, and that the power and authority of the Members and designated Authorized Agent(s) as provided herein has not been limited, restricted or abrogated in any way by any action of the Company. The undersigned further confirms and warrants that this Authorization may be fully and completely relied upon by Crescent Title, LLC, its title insurance underwriters, and the law firm of Bergeron, Douglass, Frosch & Mack, LLC.

Thus done and signed on this 18th day of December, 2020.

_____
Kayne M. Lagraize, Member

*Thus Done and Passed*, in my office in New Orleans, Louisiana in the presence of the competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading the whole.

WITNESSES:

_Jamie Hughes_
PRINT  JAMIE HUGHES

_Carley Nelson_
PRINT  Carley Nelson

SELLER(S):

LaGraize Builders, LLC
BY: _____
Kayne M. Lagraize
Member

PURCHASER(S):

_Rosaleen B. Amdal_
Rosaleen Brown Amdal

_Alvar Russell Amdal_
Alvar Russell Amdal

_____
**Notary Public**
Robert J. Bergeron
Attorney/Notary Public
State of Louisiana
Notary ID# 20697
Commission expires with life

Title Ins. Prod.: Crescent Title, LLC
Address: 7835 Maple Street, New Orleans, LA 70118
Prod. Lic #: 300974
Title Ins. Underwriter: Stewart Title Guaranty Company
Title Opinion by: Paul M. Lapeyre
La Bar Roll #:   08038