UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVAR RUSSELL AMDAL AND ROSALEEN BROWN AMDAL | CIVIL ACTION NO. 22-4465 |
| | JUDGE ASHE |
| VERSUS | |
| | MAGISTRATE JUDGE CURRAULT |
| TOPSTAR TECHNOLOGY, LLC AND AMAZON.COM | |

## MOTION TO VOLUNTARILY DISMISS ALL CLAIMS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs Alvar Russell Amdal and Rosaleen Brown Amdal and, upon suggesting to the Court that they have compromised and settled all claims in this matter, respectfully move this Honorable Court to enter the enclosed Order dismissing all of their claims in this matter against Defendants Amazon.com, Inc. and Topstar Technology, LLC with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**MARTZELL, BICKFORD & CENTOLA**

BY:  /s/ Lawrence J. Centola, III
Lawrence J. Centola, III
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-9065
Facsimile:  (504) 581-7635
Email:  lcentola@mbfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 20, 2023, a true and correct copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

                                                */s/ Lawrence J. Centola, III*