UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVAR RUSSELL AMDAL AND ROSALEEN BROWN AMDAL | CIVIL ACTION NO. 22-4465 |
| | JUDGE ASHE |
| VERSUS | |
| | MAGISTRATE JUDGE CURRAULT |
| TOPSTAR TECHNOLOGY, LLC AND AMAZON.COM | |

ORDER

Considering the foregoing Motion to Voluntarily Dismiss All Claims With Prejudice;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Voluntarily Dismiss All Claims With Prejudice is **GRANTED** and that all claims by Plaintiffs Alvar Russell Amdal and Rosaleen Brown Amdal against Defendants Amazon.com, Inc. and Topstar Technology, LLC in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

New Orleans, Louisiana, this _____ day of March, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE