UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVAR RUSSELL AMDAL, *et al.* | CIVIL ACTION |
| VERSUS | NO. 22-4465 |
| TOPSTAR TECHNOLOGY, LLC, *et al.* | SECTION M (2) |

## ORDER

Considering the *ex parte* motion of plaintiffs Alvar Russell Amdal and Rosaleen Brown Amdal (together, "plaintiffs") to dismiss (R. Doc. 8),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims asserted by plaintiffs against defendants Topstar Technology, LLC and Amazon.com, Inc. in the captioned matter are dismissed with prejudice, each party to bear his, her, or its own costs.

New Orleans, Louisiana, this 21st day of March, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE